UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

TRUSTEES OF THE TWIN CITY FLOOR
COVERING INDUSTRY PENSION FUND,

Civil File No. 01-470 RHK/JMM

Plaintiff,

vs.

**ORDER**

LEEANN LOUISE RITTER, GAIL HUDSON,
CHAD CALVIN RITTER, ANNALEE ROSE RITTER,
LaVONNE R. RITTER, CECE RITTER
and THE ESTATE OF BRUCE C. RITTER,

Defendants.

The above-entitled matter came on before the undersigned for a pre-trial conference on May 18, 2001. At the conference, Plaintiff sought leave to file and Amended Complaint with three additional parties added as Defendant's in the case. Counsel for all Defendant's were present at the pre-trial conference and stated that they had no objection to the Amended Complaint being filed and the new parties being added.

Based on all the files, records and proceedings herein,

IT IS HEREBY ORDERED That:

1. Plaintiff has leave to add additional parties Defendant to this case and shall serve and file an Amended Complaint no later than June 1, 2001.

2. Answers to the Amended Complaint shall be due and served and filed no later than June 20, 2001.

Dated: May 29, 2001

John M. Mason
United States Magistrate Judge

FILED MAY 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD.______
DEPUTY CLERK______