C 01-470 RHK/JMM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle as of **March 1, 2002.** **Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: October 16,2001.

FILED OCT 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

| | | |
|---|---|---|
| 1. | Hou-Tex Trust | Roger Anderson<br>651-224-5864 |
| | vs CV 00-306 RHK/JMM<br>COURT | |
| | Tuschner & Company Inc.<br>etal | James Hanneman<br>Michael McCarthy<br>612-672-8200<br><br>Richard Koch<br>612-827-8101<br>Michael Ryan<br>561-746-1050<br><br>David Kraker<br>612-827-8124 |
| 2. | Ismelda Hahn | Leslie Lienemann<br>952-346-0619 |
| | vs CV 00-2282 RHK/SRN<br>COURT | Celeste Culberth<br>952-346-0619 |
| | Minnesota Beef Industries Inc. | William Egan<br>952-836-2770 |
| 3. | Carla Macht | James Kaster<br>Diane Odeen<br>612-338-1919 |
| | vs CV 00-2560 RHK/JMM<br>JURY | |
| | Hennepin County Medical Center<br>Metropolitan Health Partners | Beverly Wolfe<br>612-348-5550<br>Cheri Sudit<br>612-348-5518 |

| | | |
|---|---|---|
| **4.** | **Equal Employment Opportunity Commission** | **Rosemary Fox**<br>**414-297-1111**<br>**Tina Burnside**<br>**612-335-4040** |
| | **vs CV 01-143 RHK/JMM**<br>**JURY** | |
| | **Quality Port Proccssors Inc. of Texas etc.** | **John Beckmann**<br>**507-433-3483** |
| **5.** | **Twin City Floor Covering Industry Pension Fund** | **Richard Evans**<br>**612-338-2525** |
| | **vs CV 01-470 RHK/JMM**<br>**COURT** | |
| | **LeeAnn Louis Ritter etal** | **Steven Ness**<br>**952-945-0909**<br>**Michael Zimmer**<br>**612-334-3399**<br>**Michael Feist**<br>**651-223-5175** |
| **6.** | **Arnold J. Parviainen** | **Lisa Wilson**<br>**218-727-8451** |
| | **vs CV 01-176 RHK/RLE**<br>**COURT DULUTH** | |
| | **City of Barnum** | **Julie Fleming-Wolfe**<br>**651-767-8642** |