UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TRUSTEES OF TWIN CITY FLOOR COVERING INDUSTRY PENSION FUND,

CIVIL NO. 01-470 (RHK/JMM)

Plaintiff,

v.

LEEANN LOUIS RITTER, GAIL HUDSON, CECE RITTER ESTATE OF BRUCE C. RITTER, CHAD CALVIN RITTER, ANNALEE ROSE RITTER and LAVONNE R. RITTER,

Defendants.

SECOND ORDER FOR PRETRIAL AND SETTLEMENT CONFERENCE

A second pretrial and settlement conference will be held with Defendants LeeAnn Louis Ritter, Gail Hudson and their counsel in the above-referenced matter on February 12, 2002 at 9:00 a.m. in Courtroom 628B, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, before Magistrate Judge John M. Mason.

Counsel who will actually try the case shall be present. Defendants LeeAnn Louis Ritter and Gail Hudson shall also be present. Availability by telephone is not acceptable. Each party present shall have full settlement discretion, including the unlimited power to change that party's settlement posture during the course of the conference.

No later than February 5, 2002, counsel for LeeAnn Ritter shall deliver to counsel for Gail Hudson and to the Chambers of this Court a letter memorandum stating their legal point of view with respect to the issues concerning QDRO. No later than February 8, 2002, counsel for Gail Hudson shall deliver to counsel for LeeAnn Ritter and the Chambers of this Court their responsive letter memorandum.

Dated: January 31, 2002

JOHN M. MASON
United States Magistrate Judge

FILED JAN 3 1 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________