**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Twin City Floor Covering Industry
Pension Fund,

Plaintiff,

vs. CV 01-470 RHK/JMM

LeeAnn Louis Ritter etal,

Defendants.

**NOTICE OF COURT TRIAL**

A COURT TRIAL is scheduled for THURSDAY, FEBRUARY 21, 2002, at 9:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

February 1, 2002

RICHARD SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

FILED FEB 01 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________