UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TRUSTEES OF TWIN CITY FLOOR
COVERING INDUSTRY PENSION FUND,

Plaintiff,

vs

CV 01-470 RHK/JMM

LEEANN LOUIS RITTER,
GAIL HUDSON,
CECE RITTER,
ESTATE OF BRUCE C. RITTER,
CHAD CALVIN RITTER,
ANNALEE ROSE RITTER,
LAVONNE R. RITTER,

Defendants.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: February 22, 2002

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

FEB 22 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK