UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

TRUSTEES OF THE TWIN CITY FLOOR COVERING INDUSTRY PENSION FUND,

Plaintiff,

vs.

LEEANN LOUISE RITTER, GAIL HUDSON, CHAD CALVIN RITTER, ANNALEE ROSE RITTER, LaVONNE R. RITTER, CECE RITTER and THE ESTATE OF BRUCE C. RITTER,

Defendants.

Civil File No. 01-470 RHK/JMM

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

Pursuant to Fed.R.Civ.P. 41(a), the Plaintiffs and the Defendant in the above-captioned matter, by and through their respective counsel, hereby stipulate and agree that the above-captioned matter is hereby dismissed with prejudice, with each party to bear its own costs.

Dated: June 21, 2002

MGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED

By: Scott Crossman

Scott B. Crossman
Atty Reg. No. 187355
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 338-2525

Attorneys for Plaintiffs

Dated: 7-1, 2002

TEWKSBURY KERFELD ZIMMER, P.A.

By: MAZ

Michael A. Zimmer (#141811)
Tina M. Dobbelaere
219 South Fourth Street, Suite 500
Minneapolis, MN 55401
(612) 334-3399

Attorneys for Defendant Gail Hudson

JUL 1 8 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: June 27, 2002

HENRETTA, CROSS, NESS & DOLAN

By: [signature]

Steven E. Ness (#177301)
9800 Bren Road
Suite 250
Minnetonka, MN 55343-9671
(612) 336-3000

Attorneys for Defendants LeeAnn Ritter, Chad Ritter, and Annalee Ritter

Dated: May 9, 2002

MICHAEL FEIST, ESQ.

By: [signature]

Michael Feist
1030 Minnesota Building
46 East 4th Street
St. Paul, MN 55101
(651) 223-5175

Attorney for CeCe Ritter, LaVonne Ritter, and the Estate of Bruce C. Ritter

**ORDER**

Pursuant to the Stipulation of the parties, this matter is hereby dismissed with prejudice, with each party to bear its own costs.

**IT IS SO ORDERED.**

Date: 7/17/02

Judge of District Court